# EXHIBIT A

# STOP CONSTRUCTION ORDER

Control Number: 0
Permit Number: 0
Permit Date:
Notice Date: 1/29/2013
Violation Number: 20130006/ 0

Township of Weehawken
372 Park Ave
Weehawken,NJ 07086
201-319-6057

## IDENTIFICATION

**Work Site Location:** 63 65 CHESTNUT ST **Block:** 3 **Lot:** 20 **Qualification Code:**

**Owner In Fee:** 63-65 CHESTNUT,LLC c/o SINGH, VIREN
**Address:** 2 LINCOLN PLACE
WEEHAWKEN NJ 07086
**Telephone:** 551 998-8625

**Agent/Contractor:** 63-65 CHESTNUT,LLC c/o SINGH, VIRENDRA
**Address:** 2 LINCOLN PLACE
WEEHAWKEN NJ 07086
**Telephone:** 551 998-8625

**To:** [X] Owner [ ] Agent/Contractor [ ] Other:

**Date Of Inspection:** 1/28/2013 **Date Of This Notice:** 1/29/2013

## ACTION

You are hereby ***ORDERED*** to ***STOP***

[ ] Building [ ] Electrical [ ] Plumbing [ ] Fire Protection [ ] Mechanical [ ] Elevator [X] All Construction

at the above Location as of 1/29/2013 until further notice from this enforcing agency.

This ***ORDER*** is entered pursuant to N.J.A.C. 5:23-2.31(d) for violation of N.J.A.C. 5:23-2.14(a) WORK PERFORMED WITHOUT REQUIRED PERMIT which provides:

FAILED TO OBTAIN THE PROPER BUILDING PERMITS/INSPECTIONS FOR 2ND FLOOR WORK.

Permission to resume construction may be obtained from this enforcing agency after the following conditions are met:

MUST ABATE ALL VIOLATIONS.

Further, take ***NOTICE*** that failure to comply with this ***ORDER*** may result in the assessment of penalties of up to $2,000.00 per day per violation, and a certificate of occupancy will ***not*** be issued until such penalty has been paid.

If necessary, the enforcing agency will concurrently seek the Order of a Court of competent jurisdiction restraining further work at the above location.

If you wish to contest this ***ORDER***, you may request a hearing before the Construction Board of Appeals of the

**Hudson County 201.369.4340**

within 15 days of receipt of this ***ORDER*** as provided by N.J.A.C. 5:23A-2.1. The Application to the Construction Board of Appeals may be used for this purpose.

Your application for appeal must be in writing, setting forth your name and address, the address of the building or site in question, the permit number, the specific sections of the Regulations in question, and the extent and nature of the relief sought by you. You may append any documents that you consider useful.

The fee for an appeal is $100.00 and should be forwarded with your application to the Construction Board of Appeals Office at:

**Meadowview Campus, 595 County Avenue Secaucus NJ 07094**

If you have any questions concerning ~~this matter~~, please call: 201-319-6057

By Order of: Frank Tattoli ISSUING OFFICIAL Date: 1-29-13

Sent by Certified Mail # : 70060810000133785364

U.C.C. F250 (rev. 1/2004)