AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

SERVICE OF: **SUMMONS, COMPLAINT, CIVIL COVER SHEET, CERTIFICATION, EXHIBITS**
EFFECTED (1) BY ME: **MARK SACRIPANTI**
TITLE: **PROCESS SERVER**

DATE: 6/1/2015 7:52:43 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

RICHARD F. TURNER

Place where served:

106-108 SHIPPEN ST. WEEHAWKEN NJ 07087

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

RICHARD TURNER JR

Relationship to defendant **SON**

Description of Person Accepting Service:

SEX: M   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: BEARD

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/02/20 15     _____ L.S.

SIGNATURE OF MARK SACRIPANTI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/02/15
JACQUELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2015

ATTORNEY: XAVIER M. BAILLIARD, ESQ.
PLAINTIFF: SANTOSH SINGH, ET AL
DEFENDANT: TOWNSHIP OF WEEHAWKEN, ET AL
VENUE: DISTIRCT
DOCKET: 2 15 CV 03478 SRC CLW
COMMENT: