UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------x
SANTOSH SINGH, VIRENDRA SINGH, and 63-65 CHESTNUT, LLC,

                           Plaintiffs,

                -*against*-

TOWNSHIP OF WEEHAWKEN, *et al.*,

                           Defendants.
------------------------------------------------------------------------x

Case No. 2:15-CV-3478

NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Brian M. Sher, dated November 15, 2018, its annexed exhibits and the accompanying Memorandum of Law, also dated May 18, 2018 and all other pleadings and proceedings previously had herein, Defendants Township of Weehawken, Mayor Richard F. Turner, Frank Tattoli, Giovanni D. Ahmad, and Shaun D. Masterson ("Mr. Masterson") by their attorneys, KAUFMAN BORGEEST & RYAN LLP, FLORIO KENNY RAVAL LLP, and DAVID F. CORRIGAN, jointly, will move this Court, before the Honorable Stanley R. Chesler, United States District Judge, at the United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey, on December 17, 2018, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just, proper and equitable.

**PLEASE FURTHER TAKE NOTICE**, that, pursuant to Local Civil Rule 7.1(d)(2), Plaintiffs' opposition shall be filed on or before December 3, 2018.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 7.1(d)(3), Defendants' reply, if any, shall be filed on or before December 10, 2018.

Dated:  New York, New York
        November 15, 2018

KAUFMAN BORGEEST & RYAN LLP
*Attorneys for Defendant Township of Weehawken,*
*and the Individual Defendants, in their official capacities*


By:     __/s/ Brian M. Sher____
        9 Campus Drive
        Parsippany, New Jersey 07054
        Telephone: (973) 206-9600
        Facsimile: (973) 451-0150
        bsher@kbrlaw.com

KAUFMAN BORGEEST & RYAN LLP
Joan M. Gilbride
Daniel H. Oliner
120 Broadway, 14th Floor
New York, New York 10271
Telephone: (212) 980-9600
Facsimile: (212) 980-9291
jgilbride@kbrlaw.com
doliner@kbrlaw.com

FLORIO KENNY RAVAL LLP
*Attorneys for the Individual Defendants in*
*their individual capacities*
5 Marine View Plaza, Suite 103
P.O. Box 771
Hoboken, New Jersey 07030
Telephone: (201) 659-8011
main@fkrlaw.com

DAVID F. CORRIGAN
*Attorney for Mr. Venino*
54B West Front Street
Keyport, New Jersey 07735
Telephone: (732) 471-8383
counsellorcorrigan@msn.com

PASHMAN STEIN WALDER HAYDEN
Joseph Hayden
David G. White
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Telephone: (201) 488-8200
jahayden@pashmanstein.com
dwhite@pashmanstein.com

2

5274598