

**KAUFMAN BORGEEST & RYAN LLP**

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

April 19, 2022

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

**VIA ECF**

Honorable Cathy L. Waldor
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   Singh, et al. v. Township of Weehawken, et al.
           Civil Action No.: 2:15-CV-3478-SRC-CLW

Dear Judge Waldor:

We represent the Township Defendant and write on behalf of all defendants with the consent and agreement of plaintiffs in the referenced matter.

The Defendants request and the plaintiffs consent to a brief extension of the briefing schedule with respect to plaintiffs' motion for leave to amend/supplement that was filed on March 25, 2022.

Defendants' opposition to be filed on May 6, 2022;

Plaintiffs' reply to be filed on May 27, 2022.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

cc:   (via ECF)

      All Counsel of Record